MARY'S OPINION HEADING 




 NO. 12-03-00054-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




RICKY WAYNE HAYES,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT AT LAW OF


JIM MORGAN AND 

TERESA MORGAN, §
 WOOD COUNTY, TEXAS

APPELLEES





 MEMORANDUM OPINION


PER CURIAM


 This appeal is being dismissed for failure to comply with the Texas Rules of Appellate
Procedure. Tex. R. App. P. 42.3(c). The judgment in the instant case was signed on February 13,
2003. Thereafter, on February 18, 2003. Appellant filed a notice of appeal which failed to contain
the information required by Rules 25.1(d)(2) and (e), i.e. the date of the order or judgment appealed
from and a certificate of service showing service on all parties to the trial court's judgment. 

 On February 24, 2003, Appellant was notified pursuant to Tex. R. App. P. 37.1 that the notice
of appeal was defective for failure to comply with Rules 25.1(d)(2) and (e). He was further notified
that unless he filed a corrected notice of appeal on or before March 26, 2003, the appeal would be
referred to the court for dismissal. Tex. R. App. P. 42.3. 

 As of March 31, 2003, Appellant has not corrected his defective notice of appeal pursuant
to this court's February 24 notice. Accordingly, the appeal is dismissed for failure to comply with
the Texas Rules of Appellate Procedure. Tex. R. App. P. 42.3(c).

Opinion delivered March 31, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.



(PUBLISH)